IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KENNETH EARL WRIGHT,

    Plaintiff,

  v.

CLIFFORD CHANDLER, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-1245-TWT

### ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 8] of the Magistrate Judge. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The false arrest and imprisonment claims against the Defendant Chandler may go forward. All other claims are dismissed.

SO ORDERED, this 29 day of August, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge