IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KENNETH EARL WRIGHT,

   Plaintiff,

    v.

CLIFFORD CHANDLER, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-1245-TWT

## ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 44] recommending granting the Defendants' Motion to Dismiss [Doc. 28] for abuse of the judicial process. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion to Dismiss [Doc. 28] is GRANTED.

SO ORDERED, this 19 day of July, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\12\Wright\12cv1245\r&r2.wpd